SHANNON MICHELLE KANGETER
125 OLD SCHOOL HOUSE RD
ELLISVILLE, MS 39437

TARGET
BOX 9475
MINNEAPOLIS, MN 55440

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

UMMC
P.O. BOX 3488
DEPT 05-077
TUPELO, MS 38803

AFFIRM
443 IRVING DR
BURBANK, CA 91504

CHASE CARD SERVICES
ATTN: BANKRUPTCY
PO BOX 15299
WILMINGTON, DE 19850

CITI CARD
PO BOX 790040
ST LOUIS, MO 36179

COMENITY
ATTN: BANKRUPTCY
PO BOX 182125
COLUMBUS, OH 43218

CSPIRE WIRELESS
PO BOX 159
MEADVILLE, MS 39653

GENESIS BANK
PO BOX 299
BENOIT, MS 38725

GRAYSON CREEK MED CLIN
3 JOHN EVERETT RD
MOSELLE, MS 39459